**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000574
09-FEB-2022
07:56 AM
Dkt. 103 ODSLJ**

NO. CAAP-21-0000574

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STEPHEN I. ADLER, Plaintiff-Appellant, v.
DISCOVERY HARBOUR COMMUNITY ASSOCIATION, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-20-0000367)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that we lack appellate jurisdiction over self-represented Plaintiff-Appellant Stephen I. Adler's (**Adler**) appeal from the Circuit Court of the Third Circuit's (**circuit court**) October 11, 2021 Order Granting Defendant[-Appellee] Discovery Harbour Community Association's Motion to Strike [Adler]'s Court Filings Dkt. Nos. 13, 15, 19, 21, 23, 25, 27, 31, 33, 35, 39, and 41, Filed June 23, 2021 (**Order**) because the circuit court has not entered a final, appealable judgment, and the Order is not independently appealable. See Hawaii Revised Statutes § 641-1 (2016); Hawaiʻi Rules of Civil Procedure Rules 58 & 54(b); Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994); Ciesla v. Reddish, 78 Hawaiʻi 18, 20, 889 P.2d 702, 704 (1995).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, February 9, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge